IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PHILIP DUANE PARKER,<br>    Plaintiff, | )<br>)   Civil Action No. 7:05-cv-00699<br>) |
| v. | )   **FINAL ORDER**<br>) |
| CAPTAIN SALMON, et. al.,<br>    Defendant(s). | )   By: Hon. James C. Turk<br>)   Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 17th day of November, 2005.

                                                  /s/ James C. Turk
                                                Senior United States District Judge